IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES GOULD                                                                                         PETITIONER

v.                                   CASE NO. 5:16-CV-00194 BSM

WENDY KELLEY, Director of the
Arkansas Department of Correction                                                 RESPONDENT

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia Harris [Doc. No. 14] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, Gould's petition [Doc. No. 1] is denied and the case is dismissed with prejudice. A certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 19th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE